UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 20 P 1:25

US DISTRICT COURT
HARTFORD CT

STEVE ATUAHENE :
    Plaintiff

v. : NO. 3:01-CV-2269 (AWT)

CITY OF HARTFORD :
    Defendant


STEVE ATUAHENE :
    Plaintiff

v. : NO. 3:01-CV-2270 (AWT)

CAPONETTO ENTERPRISES LLC.
   et al, Defendant : OCTOBER 18, 2003


MOTION FOR ENLARGEMENT OF TIME

   Plaintiff Pro Se Steve Atuahene hereby moves this Court pursuance to Federal Rules of Civil Procedure Rule ____ for enlargement of time for ten (10) days to file his response/reply to Defendant Objections to Plaintiff's 1) Motion for Summary Judgment and 2) Motion to Amend Complaint and/or Supplement Pleadings of Steve Atuahene in the case Atuahene v. City of Hartford. The reasons in support of this motion is stated herein with more particularity in attach memorandum of law.

       Respectfully submitted
       STEVE ATUAHENE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE ATUAHENE          :
    Plaintiff

v.                      : NO. 3:01-CV-2269 (AWT)

CITY OF HARTFORD
    Defendant           :


STEVE ATUAHENE          :
    Plaintiff

v.                      : NO. 3:01-CV-2270 (AWT)

CAPONETTO ENTERPRISES LLC
    et al, Defendant    :


MEMORANDUM OF LAW.

On September 26, 2003 this Court kindly granted Plaintiff's motion for enlargement of time to respond to Defendant City of Hartford's motions to quash and for protective order and Defendant the City of Hartford's Objections to Plaintiff's 1) Motion for Summary Judgment and 2) Motion to Amend Complaint and/or Supplement pleadings of Steve Atuahene. For circumstances beyond his control Plaintiff seeks enlargement of time to complete his compliance of this Court's

order of September 26, 2003.

Plaintiff is filing today with this motion his Response to Defendant the City of Hartford's motions to quash and for protective order. However, Plaintiff is not able to file his reply to the City of Hartford's Objections to Plaintiff's 1) Motion for Summary Judgment and 2) Motion to Amend Complaint and/or Supplement Pleadings of Steve Atuahene.

The first reason for the Plaintiff inability to file his reply within time is due to his illness. Plaintiff had an automobile accident in the year 2000 and medical treatment had not been that successful. This incident resulted in both car been declared total loss. As result of this accident Plaintiff suffers from severe and excrutiating back pain which at time prevent him from being able to sit down for a long time and write. For the past two weeks it had been very difficult to prepare Plaintiff's replies which are due on October 22, 2003. Plaintiff was able to complete half of the replies ordered to be filed by October 22, 2003 which is being filed today. The remaining job will be filed within ten (10) days.

The second reason for Plaintiff's inability to file on time is due to death in his family. Plaintiff aunt (mother's sister) died recently in

the African nation of Ghana. According to the norms and customs the Ashanti people of Ghana of which Plaintiff is a member, Plaintiff is responsible for the funeral arrangements. As a result the task of managing the whole process from far away has been to say the least challenging and time consuming. This has also made it difficult for Plaintiff to file his replies timely.

For all the foregoing reasons Plaintiff respectfully request that the time to file his replies to the City of Hartford's Objections to Plaintiff's 1) Motion For Summary Judgment and 2) Motion to Amend Complaint and/or Supplement Pleading of Steve Atuahene be enlarged for ten (10) days.

Respectfully submitted
S.a.
STEVE ATUAHENE

CERTIFICATE OF SERVICE

I, STEVE ATUAHENE, hereby certify that I have today caused a copy of within Motion for Enlargement to be served via U.S. Mail, First Class, postage prepaid upon:

Edward C. Taiman Jr Esq
SABIA & HARTLEY
190 Trumbull Street, Ste 202
HARTFORD  CT. 06103


Valdis Vinkels Esq
216 Main Street
HARTFORD  CT. 06106


DATED: 10-18-3                    Sa.