FILED

2003 NOV -3 P 12: 40

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVE ATUAHENE,<br>    Plaintiff, | Case No. 3:01-CV-2269(AWT) |
| vs. | |
| THE CITY OF HARTFORD<br>    Defendant. | |
| STEVE ATUAHENE<br>    Plaintiff, | |
| vs. | |
| CAPONETTO ENTERPRISES, L.L.C.<br>    Defendant. | OCTOBER 31, 2003 |

**DEFENDANT CITY OF HARTFORD'S REPLY TO PLAINTIFF'S
RESPONSE TO DEFENDANT'S MOTION TO QUASH
AND MOTION FOR PROTECTIVE ORDER**

The defendant, City of Hartford, hereby responses to plaintiff Atuahene's Response to Defendant's Motion to Quash and Motion for Protective Order, dated October 18, 2003.

Defendant City of Hartford has honored every agreement it ever had with plaintiff Atuahene. Unfortunately, plaintiff Atuahene believes the entire world is conspiring against him because of his race. The bottom line is that the subpoenas and deposition notices were "served" after the August 11, 2003 discovery deadline. Plaintiff Atuahene no less than 20 months within which to conduct his discovery and failed to do so in a timely manner. Plaintiff Atuahene can

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944

request that the City of Hartford designate one or more persons to testify on its behalf; however, when he subpoenad specific individuals the fees must be paid and it must be served in a lawful manner. The use of a United States postal worker to serve a subpoena does not satisfy the service requirements set forth in our Rules.

Plaintiff Atuahene alleges that he visited the City of Hartford's Department of Licensing and Inspection at which time he realized he had been defrauded. Where is the evidence of this fraud?

Plaintiff has attempted to circumvent this court's scheduling order, including the discovery cutoff deadline of August 11, 2003. Plaintiff alleges that he has "acted diligently and swiftly" when in fact he had from December 5, 2001 through August 11, 2003 to conduct his discovery. As stated in defendant's original Motion to Quash, plaintiff Atuahene has sat on his rights.

DEFENDANT
THE CITY OF HARTFORD,

By:_____
Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103
(860) 541-2077
Fed. Bar No. 01319

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage prepaid, on this 31st day of October, 2003 to the following:

Steve Atuahene
7000 Woodbine Avenue
Philadelphia, PA 19151

Valdis Vinkels, Esq.
215 Main Street
Hartford, CT 06106

_____
Edward C. Taiman, Jr.

E:\WPDOCS\City of Hartford\Atuahene\Resp.resp.MtQuash.wpd