01CV2269Respm

FILED

2003 NOV -3 P 12: 40

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| STEVE ATUAHENE, <br>     Plaintiff, | : | Case No. 3:01-CV-2269(AWT) |
| vs. | : | |
| THE CITY OF HARTFORD <br>     Defendant. | : | |
| STEVE ATUAHENE <br>     Plaintiff, | : | |
| vs. | : | |
| CAPONETTO ENTERPRISES, L.L.C. <br>     Defendant. | : | OCTOBER 31, 2003 |

**DEFENDANT CITY OF HARTFORD'S RESPONSE TO PLAINTIFF'S
MOTION FOR ENLARGEMENT OF TIME TO COMPLETE
DISCOVERY AND AMEND THE SCHEDULING ORDER**

The defendant, City of Hartford, hereby objects to Steve Atuahene's Motion for Enlargement of Time to Complete Discovery and Amend the Scheduling Order, dated October 18, 2003.

This action was brought by complaint filed with the court on December 5, 2001. The discovery cutoff date in this matter was August 11, 2003. Therefore, the time within which to conduct discovery, or even to request an enlargement of time, has expired. Plaintiff had slightly less than two years within which to conduct his discovery. Many months went by without even

so much as a peep from Plaintiff when he could have been conducting discovery. Also, Plaintiff's motion does not provide the court with a reasonable basis as to why this extraordinary relief should be granted.

Plaintiff alleges that after visiting the City of Hartford Department of Licensing and Inspections, he realized he had been "defrauded" and thereafter attempted to subpoena various employees of the City of Hartford in order to take their deposition. Plaintiff Atuahene has failed to provide this court with any information as to how he was supposedly "defrauded."

Plaintiff in the past has attempted to have defendant City of Hartford provide him with documents that are a matter of public record. Notwithstanding the fact that documents sought by Plaintiff Atuahene are in the possession of the City of Hartford, they are also available to members of the general public, including Plaintiff Atuahene, who instead chooses to make baseless allegations that the City is withholding documents and the like. The real story is that Plaintiff Atuahene failed to conduct all the proper discovery within the first 20 months of this case prior to the August 11, 2003 deadline. It must be remembered that this is Plaintiff Atuahene's case, not the City of Hartford's. It is up to him to prosecute his own action with due diligence. This is Plaintiff Atuahene's second attempt to circumvent this court's discovery deadline. As discussed, Plaintiff Atuahene previously attempted to subpoena a number of defendant's employees after the discovery deadline has expired.

Plaintiff Atuahene alleges in his motion that Attorney Edward C. Taiman, Jr. was on vacation for an entire month.[1] Nothing could be further from the truth. Defendant City of Hartford's counsel took a vacation commencing August 13, 2003 through August 22, 2003. This vacation did not even commence until *after* the discovery deadline had expired.

Finally, the parties have filed cross motions for summary judgment which are presently before the court. Atuahene's delay and failure to seek the relief requested in a timely manner will cause defendant City of Hartford many thousand of dollars in legal fees. Defendant City of Hartford has conducted its discovery and the pleadings are closed with respect to its Motion for Summary Judgment. Plaintiff Atuahene sat on his rights and should not now be permitted to conduct additional discovery or amend the scheduling order. To permit otherwise would defeat the entire purpose of a scheduling order and wreak havoc on the pending dispository motions.

> DEFENDANT,
> THE CITY OF HARTFORD,
>
> By: _____
> Edward C. Taiman, Jr.
> Sabia & Hartley, LLC
> 190 Trumbull Street
> Suite 202
> Hartford, CT 06103
> (860) 541-2077
> Fed. Bar No. 01319

---

[1] Counsel to City of Hartford has never taken a month's vacation.

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage prepaid, on this 31st day of October, 2003 to the following:

Steve Atuahene  
7000 Woodbine Avenue  
Philadelphia, PA 19151

Valdis Vinkels, Esq.  
215 Main Street  
Hartford, CT 06106

Edward C. Taiman, Jr.

E:\WPDOCS\City of Hartford\Atuahene\ObjMtTime.wpd