FILED
2003 NOV 21  P 2:27
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVE ATUAHENE,<br>    Plaintiff, | Case No. 3:01-CV-2269(AWT) |
| vs. | |
| THE CITY OF HARTFORD<br>    Defendant. | |
| STEVE ATUAHENE<br>    Plaintiff, | |
| vs. | |
| CAPONETTO ENTERPRISES, L.L.C.<br>    Defendant. | NOVEMBER 20, 2003 |

**DEFENDANT CITY OF HARTFORD'S OMNIBUS RESPONSE TO PLAINTIFF STEVEN ATUAHENE'S (A) MOTION FOR LEAVE OF COURT TO FILE MORE PAGES IN THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND THE RESULTANT REPLY THAN ALLOWED BY THE LOCAL RULES, DATED NOVEMBER 4, 2003; (B) SUPPLEMENT TO PLAINTIFF'S LOCAL RULE 9(c) STATEMENT OF MATERIAL FACTS IN SUPPORT OF ATUAHENE'S MOTION FOR SUMMARY JUDGMENT, DATED OCTOBER 31, 2003; (C) REPLY TO DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DATED OCTOBER 31, 2003; (D) REPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, DATED OCTOBER 31, 2003**

The Defendant, City of Hartford, hereby responds to each of the above mentioned pleadings as follows:

    A.    As To Plaintiff Steven Atuahene's Motion For Leave Of Court To File More Pages In The Plaintiff's Motion For Summary Judgment And The Resultant Reply Than Allowed By The Local Rules:

The Defendant, City of Hartford, hereby objects to relief requested. While it is true that Steven Atuahene is pro-se litigatant in this matter, he is an experienced litigant, having been involved in well over 20 lawsuits as a plaintiff. In many respects, Plaintiff Steve Atuahene is more experienced in the world of litigation than many attorneys presently practicing law. He should be required to abide by the same rules, and held to the same standard, as other counsel who appear before this court.

As to the remaining pleadings, (B) - (D); Defendant City of Hartford responds as follows. Defendant City of Hartford rests on its pleadings and requests that this court enter summary judgment in its favor.

DEFENDANT,
THE CITY OF HARTFORD,

By:_____
Edward C. Taiman, Jr.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103
(860) 541-2077
Fed. Bar No. 01319

2

### **CERTIFICATION OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage prepaid, on this 20th day of November, 2003 to the following:

| | |
|---|---|
| Steve Atuahene<br>7000 Woodbine Avenue<br>Philadelphia, PA 19151 | Valdis Vinkels, Esq.<br>215 Main Street<br>Hartford, CT 06106 |

                                              Edward C. Taiman, Jr.

E:\WPDOCS\City of Hartford\Atuahene\ObnibusResp.wpd

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944