56

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE    ATUAHENE        :
          Plaintiff

          v.              :    NO. 3:01-CV- 2269 (AWT )

CITY OF HARTFORD          :
          Defendant

STEVE    ATUAHENE         :
          Plaintiff

          v.              :    NO. 3:01-CV- 2270 (AWT

CAPONETTO ENTERPRISES LLC .
          et al, Defendant .:    OCTOBER 18, 2003

MOTION    FOR    ENLARGEMENT OF TIME

Plaintiff Pro Se Steve Atuahene hereby moves
his Court pursuance to Federal Rules of Civil Procedure
Rule    for enlargement of time for ten (10) days
to file his response/reply to Defendant Objections to
a Plaintiff's 1) Motion for Summary Judgment and 2) Motion
to Amend Complaint and/or Supplement Pleadings of
Steve Atuahene in the case Atuahene v. City of Hartford
The reasons in support of this motion is stated herein
with more particularity in attach memorandum of law.
          Respectfully submitted
          STEVE    ATUAHENE

Extension GRANTED, nunc pro tunc
to and including December 22, 2003.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford CT    12/9/03