UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE ATUAHENE :

V. : NO. 3:01CV-2269(AWT)

THE CITY OF HARTFORD : NOVEMBER 4, 2003

ATUAHENE'S MOTION FOR LEAVE OF COURT TO FILE MORE PAGES IN THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND THE RESULTANT REPLY THAN ALLOWED BY THE LOCAL RULES

Plaintiff Pro Se Steve Atuahene hereby moves this Court for leave to file more pages in handwritten in the Plaintiff's Motion For Summary Judgment and the Resultant Reply to Defendant's Opposition to said motion. The reasons in support of this motion is stated with more particularity in the attached memorandum of law.

Respectfully submitted

SA.

STEVE ATUAHENE
7000 WOODBINE AVENUE
PHILADELPHIA PA 19151
215 877 5981

GRANTED. SO ORDERED
Alvin W. Thompson, U.S.D.J.
Hartford, CT