UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -9 P 1: 22

```
------------------------------x
STEVE ATUAHENE,               :
        Plaintiff,            :
v.                            :    Civil No.3:01CV02269(AWT)
                              :
CITY OF HARTFORD,             :
        Defendant.            :
------------------------------x
STEVE ATUAHENE,               :
        Plaintiff,            :
v.                            :    Civil No.3:01CV02270(AWT)
                              :
CAPONETTO ENTERPRISES, LLC    :
ET AL.,                       :
        Defendants.           :
------------------------------x
```

U.S. DISTRICT COURT
HARTFORD CT

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_  A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__  A ruling on the following motion(s), which is/are currently pending:(orefm.)
- Doc.# <u>55 Motion for Enlargement of Time to Complete Discovery and Amend the Scheduling Order</u>

\_\_\_\_\_  A settlement conference (orefmisc./cnf)

\_\_\_\_\_  A conference to discuss the following:  (orefmisc./cnf)
_____

\_\_\_\_\_  Other:  (orefmisc./misc)_____

SO ORDERED this 8th day of December, 2003, at Hartford, Connecticut.

Alvin W. Thompson
United States District Judge