GRANTED. Discovery closed August 12, 2003. It is so ordered.
Alvin W. Thompson, U.S.D.J.    Hartford, CT    3/12/2004

FILED 2004 MAR 15 P 5:06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVE ATUAHENE<br>　　　Plaintiff, | Case No.: 3:01-CV-2270(AWT) |
| vs. | |
| CAPONETTO ENTERPRISES, L.L.C.<br>　　　Defendant. | |
| STEVE ATUAHENE,<br>　　　Plaintiff, | Case No. 3:01-CV-2269(AWT) |
| vs. | |
| THE CITY OF HARTFORD<br>　　　Defendant. | SEPTEMBER 8, 2003 |

## MOTION TO QUASH

## MOTION FOR PROTECTIVE ORDER

The Defendant, City of Hartford ("Hartford"), hereby move for an order from the court quashing four subpoenas directed to its following employees:

1. Bruno Mazzulla, Director, Housing and Community Development, 10 Prospect Street, Hartford, CT 06103;

2. Stephen E. Kinsella, Esq., Corporation Counsel's Office, 550 Main Street, Hartford, CT 06103;

3. James Geraci, Supervisor, Department of Licensing and Inspections, Third Floor, 550 Main Street, Hartford, CT 06103; and

4. Nancy Noli, Department of Licensing and Inspections, City of Hartford, 550 Main Street, Hartford, CT 06103.