UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 15 P 5:06
U.S. DISTRICT COURT
HARTFORD, CT.

```
------------------------------x
STEVE ATUAHENE,               :
                              :
      Plaintiff,              :
v.                            :  Civil No. 3:01CV02269(AWT)
                              :
CITY OF HARTFORD,             :
                              :
      Defendant.              :
------------------------------x
STEVE ATUAHENE,               :
                              :
      Plaintiff,              :
v.                            :  Civil No. 3:01CV02270(AWT)
                              :
CAPONETTO ENTERPRISES, LLC    :
ET AL.,                       :
      Defendants.             :
------------------------------x
```

### ENDORSEMENT ORDER

Plaintiff's Motion for Enlargement of Time to Complete Discovery and Amend the Scheduling Order (Document No. 55) is hereby DENIED. The plaintiff has failed to demonstrate good cause for the extension. See Local Rule 9(b).

It is so ordered.

Dated at Hartford, Connecticut this 12$^h$ day of March, 2004, at Hartford, Connecticut.

                                                 Alvin W. Thompson
                                      United States District Judge