**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
STEVE ATUAHENE,               :
                              :
     Plaintiff,               :
v.                            : Civil No.3:01CV02269(AWT)
                              :
CITY OF HARTFORD,             :
                              :
         Defendant.           :
------------------------------x
STEVE ATUAHENE,               :
                              :
     Plaintiff,               :
v.                            : Civil No.3:01CV02270(AWT)
                              :
CAPONETTO ENTERPRISES, LLC    :
ET AL.,                       :
         Defendants.          :
------------------------------x
```

**ENDORSEMENT ORDER**

Plaintiff's Motion for Leave of Court to Amend Pleading and/or Supplement Pleading (Doc. # 44) is hereby DENIED. For the reasons set forth in the City of Hartford's opposition (see Doc. # 50), permitting the plaintiff to amend his complaint at this late juncture of the case would be unfairly prejudicial to that defendant.

It is so ordered.

Dated at Hartford, Connecticut this 27th day of March, 2004.

/s/
Alvin W. Thompson
United States District Judge