**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
STEVE ATUAHENE,               :
                              :
     Plaintiff,               :
v.                            : Civil No.3:01CV02269(AWT)
                              :
CITY OF HARTFORD,             :
                              :
         Defendant.           :
------------------------------x
STEVE ATUAHENE,               :
                              :
     Plaintiff,               :
v.                            : Civil No.3:01CV02270(AWT)
                              :
CAPONETTO ENTERPRISES, LLC    :
ET AL.,                       :
         Defendants.          :
------------------------------x
```

**ENDORSEMENT ORDER**

The plaintiff's Motion for Summary Judgment (Doc. No. 39) is hereby DENIED, for substantially the reasons set forth in defendant City of Hartford's memorandum in opposition (Doc. No. 51) at pages 9 to 12.

It is so ordered.

Dated at Hartford, Connecticut this 29th day of March, 2004.

/s/
Alvin W. Thompson
United States District Judge