UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
STEVE ATUAHENE,                             :
                                            :
    v.                                      :   Case No. 3:01CV2269 (AWT)
                                            :
CITY OF HARTFORD,                           :
-----------------------------------------------------------x
STEVE ATUAHENE,                             :
                                            :
    v.                                      :   Case No. 3:01CV2270 (AWT)
                                            :
CAPONETTO ENTERPRISES, LLC.,                :
PRESICION FOREIGN CAR SERVICE,              :
and VALDIS VINKELS.                         :
-----------------------------------------------------------x
```

## PARTIAL JUDGMENT

This action having come on for consideration of the defendant City of Hartford's motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant City of Hartford with respect to all claims against it.  The remaining claims in this case are those against Caponetto Enterprises, LLC, Precision Foreign Car Service and Valdis Vinkels, which are set forth in the complaint dated December 5, 2001.

Dated at Hartford, Connecticut, this 9th day of March, 2006.

                    KEVIN F. ROWE, Clerk

                    By _____
                         Sandra Smith
                         Deputy Clerk

EOD _____