UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE ATUAHENE :

    v. : CIVIL ACTION
        NO. 3:01CV02269 (AWT)
        (MASTER CASE)

CITY OF HARTFORD :


STEVE ATUAHENE :

    v. : CIVIL ACTION
        NO. 3:01 CV 2270 (AWT)
        (MEMBER CASE)

CAPONETTO ENTERPRISES LLC
    et al :


MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF'S MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER DATED MARCH 2, 2006.

Pro Se Plaintiff Steve Atuahene hereby moves this Court for Enlargement of time to file Plaintiff's Motion for Reconsideration of this Court's Order dated March 2, 2006. In Support of this motion Plaintiff states as follows:

1. The Court issue an order on March 2, 2006.

2. Pro Se Plaintiff was away on business and got a called on receipt of this from his wife on March 7, 2006.

3. Plaintiff received said order on Friday March 10, 2006.

4. Plaintiff is not able to file meaningful and responsive motion within time left to comply with the requisite time to file Motion for Reconsideration

5. More importantly, Plaintiff due to death in his family in Africa is scheduled to travel on March 20, 2006 and will not return until May 10, 2006 due to customarily and religious requirement. See Exhibit A for flight information.

6. This case initiated in 2003 has been pending without any parties raising an issue.

7. Therefore enlargement of time will not cause any party any harm

8. On the contrary, denial of instant motion will deny Plaintiff certain constitutional right.

WHEREFORE, for all the foregoing reasons Plaintiff pray the Court enlarge the time to May 30, 2006 to enable Plaintiff to file his motion for Reconsideration.

Respectfully submitted

S.A.

STEVE   ATUAHENE