UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE ATUAHENE :

v. : Civil Action No. 3:01CV02269(AWT)
    (MASTER CASE)

CITY OF HARTFORD :


STEVE ATUAHENE :

v. : Civil Action No 3:01CV 02270(AWT)
    (MEMBER CASE)

CAPONETTO ENTERPRISES LLC
    et al :


MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR RECONSIDERATION OF THE MOTION FOR SUMMARY JUDGMENT.

Plaintiff Pro Se Steve Atuahene hereby moves this Court for Enlargement of time to file his motion for Reconsideration of this Court's order of March 9, 2006. In support thereof Plaintiff states as follows:

1. The Court entered a decision on Motion for Summary Judgment on March 9, 2006.

2. Due to scheduled visit to African countries of Ghana and Nigeria Plaintiff after a Motion was granted extension to May 31, 2006.

3. Due to death in the family Plaintiff returned from his trip on May 18, 2006 instead of May 8, 2006.

4. More importantly, Plaintiff unfortunately returned ill with malaria and feels weak even now.

5. Plaintiff needs to visit Hartford to research into certain evidentiary facts needed and maybe document to support his motion but due to illness is not able to do so now.

6. Plaintiff will be severely prejudice without such evidentiary support and he does not want to submit said motion on unsupported assertions

7. Plaintiff need at least 25 days to effectuate this process due to illness.

8. Opposing defendant will not in anyway be prejudice if instant motion is granted

WHEREFORE, for the foregoing reasons, Pro Se plaintiff respectfully request this Honorable Court to enlarge time for filing of Plaintiffs Motion for Reconsideration of this Court order of March 9, 2006 for another 25 days

Respectfully submitted

S.A.

STEVE   ATUAHENE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE ATUAHENE :

v. :  Civil Action No.
: 3:01 CV 2269 (AWT)
CITY OF HARTFORD :


STEVE ATUAHENE :

v. :  Civil Action No.
: 3:01 CV 2270 (AWT)
CAPONETTO ENTERPRISES LLC et al :


MEMORANDUM OF LAW.

The Court may grant a request for extension of time for "cause shown". Fed. R. C. P. 6(b). Plaintiffs request is due to circumstances beyond his control as death and illness are beyond human control. Steve Atuahene asks the court for at least 25 days. Atuahene's request for additional time for cause shown, as stated in this motion, is not to delay these proceedings, but to request opportunity as demanded by justice and fairness.

WHEREFORE, for the foregoing reasons Atuahene asks the court to extend time for at least 25 days.

Respectfully submitted,
SA.
STEVE ATUAHENE

CERTIFICATE OF SERVICE

I, STEVE ATUAHENE, hereby certify that I have today caused a copy of within motion for Enlargement of time to be served via U.S. first class mail postage prepaid upon:

Valdis Vinkels
216 Main St
Hartford CT 06106

Edward L. Taiman, Jr Esq
SABIA & HARTLEY
190 Trumbull Street
Hartford CT 16103

DATED 5/29/6                                    S.a.