UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVE ATUAHENE, | : | CIVIL No. 3:01-CV02270(AWT) |
| Plaintiff | : | Master Case |
| VS. | : | |
| CAPONETTO ENTERPRISES, LLC, et al, | : | |
| Defendants | | |

| | | |
|---|---|---|
| STEVE ATUAHENE, | : | CIVIL No. 3:01-CV-02269(AWT) |
| Plaintiff | : | Member Case |
| VS. | : | |
| THE CITY OF HARTFORD | : | JULY 12, 2006 |
| Defendant | | |

### MOTION TO DISMISS UNDER RULE 12(B)

The defendants move the Court as follows:

To dismiss the action on the ground that the Court lacks jurisdiction because the amount actually in controversy is less than $50,000.00, exclusive of interest and costs, and alleged violations of constitutional rights brought pursuant to 42 U.S.C. paragraph 1981 and 1986 have been disposed of by this court by its decision in the companion case, Atuahene vs. City of Hartford, Civil No.3:01-CV-02269(AWT), filed march 9, 2006.

Defendants,
CAPONETTO ENTERPRISES, LLC
PRECISION FOREIGN CAR SERVICE, INC.
VALDIS VINKELS

By: _____
Valdis Vinkels
Valdis Vinkels, Attorney at Law, LLC
216 Main Street
Hartford, CT 06106
(860)541-6400
Federal Bar No. unknown
Admitted to the District Court in 1969

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage prepaid, on 12 th day of July, 2006 to the following:

Mr. Steve Atuahene
7000 Woodbine Avenue
Philadelphia, PA 19151

Edward C. Taiman, Jr., Esquire
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103

_____
Valdis Vinkels, Esquire

VALDIS VINKELS
ATTORNEY AT LAW
LLC
216 MAIN STREET
HARTFORD, CT
06106-1881
(860) 541-6400
FAX (860) 541-6410
JURIS # 065560