UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVE ATUAHENE,<br>Plaintiff | : <br> : | Master Case |
| VS. | : | |
| CAPONETTO ENTERPRISES, LLC, et al,<br>Defendants | : | |

| | | |
|---|---|---|
| STEVE ATUAHENE,<br>Plaintiff | : <br> : | CIVIL No. 3:01-CV-02269(AWT) |
| VS. | : | |
| THE CITY OF HARTFORD<br>Defendant | : | JULY 12, 2006 |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION
## TO DISMISS

INTRODUCTION:

There is no purpose in reciting the factual background again, which is more than adequately described in these Defendants' earlier Motion for Summary Judgment/Motion to Dismiss, except to note that this Court's decision on the earlier motion was based on the Plaintiff's invocation of Federal question jurisdiction under 28 U.S.C., Section 1331.

The factual background that has developed since this demonstrates that the requirements of this statute have not been satisfied by the Plaintiff; specifically, the decision of this Court in the companion case of Atuahene vs. City of Hartford, case No. 3:01-CV-02269.

VALDIS VINKELS
ATTORNEY AT LAW
LLC
216 MAIN STREET
HARTFORD, CT
06106-1881
(860) 541-6400
FAX (860) 541-6410
JURIS # 065560

The affidavits submitted together with these Defendants' earlier motion are hereby made a part of this motion.

LEGAL ARGUMENT:

Plaintiff's statement of jurisdiction is based on:

a) "Defendants' violation of Plaintiff's civil rights to property and property rights under the color of state laws"

b) Diversity of citizenship jurisdiction with the amount in question being more than the jurisdictional amount.

Federal Court jurisdiction under 28 U.S.C. Section 1331, requires some involvement, either directly or indirectly, by Federal of State officers.

Nesglo Inc. vs. Chase Manhattan Bank, N.A. 506F supp. 254 (1980), at page 260.

The decision in the companion case, referred to hereinabove, found as a matter of fact, that no involvement by any agent or employee of the City of Hartford was actionable. Therefore, there is no federal court jurisdiction on this basis.

Counts 1, 2, 3 and 4 of the Plaintiff's complaint speak to pecuniary damages resulting in alleged injury to real property owned by the Plaintiff.

Affidavits submitted in the Defendants' earlier motion to dismiss/for summary judgment demonstrate that the Plaintiff had no pecuniary interest in the subject property whatever. The uncontroverted evidence is that the property, as of January 26, 2001, was worth $21,000.00 (See exhibit F in the Defendants'

VALDIS VINKELS
ATTORNEY AT LAW
LLC
216 MAIN STREET
HARTFORD, CT
06106-1881
(860) 541-6400
FAX (860) 541-6410
JURIS # 065560

original Motion for Summary Judgment/Motion to Dismiss). Further, the property was encumbered by encumbrances totaling $240,237.71. (See exhibits attached to such motion).

        Defendants,
        CAPONETTO ENTERPRISES, LLC
        PRECISION FOREIGN CAR SERVICE, INC.
        VALDIS VINKELS

        By: _____
        Valdis Vinkels
        Valdis Vinkels, Attorney at Law, LLC
        216 Main Street
        Hartford, CT 06106
        (860)541-6400
        Federal Bar No. unknown
        Admitted to the District Court in 1969

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage prepaid, on 12 th day of July, 2006 to the following:

| | |
|---|---|
| Mr. Steve Atuahene<br>7000 Woodbine Avenue<br>Philadelphia, PA 19151 | Edward C. Taiman, Jr., Esquire<br>Sabia & Hartley, LLC<br>190 Trumbull Street<br>Suite 202<br>Hartford, CT 06103 |

_____
Valdis Vinkels

VALDIS VINKELS
ATTORNEY AT LAW
LLC
216 MAIN STREET
HARTFORD, CT
06106-1881
(860) 541-6400
FAX (860) 541-6410
JURIS # 065560