UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVE ATUAHENE, | : | |
| Plaintiff | : | Master Case |
| VS. | : | |
| CAPONETTO ENTERPRISES, LLC, et al, | : | |
| Defendants | | |

| | | |
|---|---|---|
| STEVE ATUAHENE, | : | CIVIL No. 3:01-CV-02269(AWT) |
| Plaintiff | : | |
| VS. | : | |
| THE CITY OF HARTFORD | : | JULY 12, 2006 |
| Defendant | | |

## MOTION FOR SUMMARY JUDGMENT

The Defendants hereby request that judgment enter in its favor on all counts of Plaintiff's Amended Complaint, dated December 5, 2001. A local rule 9c(1), Statement of Material Facts and a Memorandum of Law in Support have been filed concurrently herewith.

Defendants,
CAPONETTO ENTERPRISES, LLC
PRECISION FOREIGN CAR SERVICE, INC.
VALDIS VINKELS

By: _____
Valdis Vinkels
Valdis Vinkels, Attorney at Law, LLC
216 Main Street
Hartford, CT 06106
(860)541-6400
Federal Bar No. unknown
Admitted to the District Court in 1969

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage prepaid, on 12th day of July, 2006 to the following:

Mr. Steve Atuahene
7000 Woodbine Avenue
Philadelphia, PA 19151

Edward C. Taiman, Jr., Esquire
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103

_____
Valdis Vinkels, Esquire

VALDIS VINKELS
ATTORNEY AT LAW
LLC
216 MAIN STREET
HARTFORD, CT
06106-1881
(860) 541-6400
FAX (860) 541-6410
JURIS # 065560