UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


STEVE ATUAHENE,           :
    Plaintiff                         :        Master Case

VS.                                         :

CAPONETTO ENTERPRISES, LLC, et al, :
    Defendants

---

STEVE ATUAHENE,           :        CIVIL No. 3:01-CV-02269(AWT)
    Plaintiff                         :

VS.                                         :

THE CITY OF HARTFORD   :        JULY   12 , 2006
    Defendant


**DEFENDANTS, CAPONETTO ENTERPRISES, LLC, PRECISION CAR SERVICE, INC., VALDIS VINKELS, ESQUIRE, MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT.**

I.    INTRODUCTION AND FACTS

The factual background is more than adequately set forth in Defendants' earlier motion, dated April 25, 2002, supplemented by the City of Hartford's Memorandum of Law in the companion case (Steve Atuahene v. City of Hartford, Case Number 3:01 –cv-2269, and can further be summarized as follows: The Defendants, Caponetto Enterprises LLC and Precision Foreign Car Services, Inc. are wholly owned by the same person, Michele Caponetto. Mr. Caponetto, in

VALDIS VINKELS
ATTORNEY AT LAW
LLC
216 MAIN STREET
HARTFORD, CT
06106-1881
(860) 541-6400
FAX (860) 541-6410
JURIS # 065560

order to protect his repair car business, owned by Precision Foreign Car Services, Inc., caused Caponetto Enterprises LLC to purchase tax liens adjacent to a dilapidated property that was adversely affecting his business.

To enforce such tax liens through a tax foreclosure, Defendant, Valdis Vinkels, as the attorney for Caponetto Enterprises LLC, commenced a foreclosure action in the Superior Court for the District of Hartford, Connecticut, a necessary part of which foreclosure action is filing of the notice of such action on the Land Records for the City of Hartford (lis pendens).

The foreclosure was commenced in October of 1998, and at all times thereafter, the Plaintiff could have terminated the foreclosure process by paying to Caponetto Enterprises, LLC the amount owed to the City of Hartford under the tax liens, $38,016.61. There is a factual dispute with respect to whether any of the Defendants caused any automobiles to be parked on Plaintiff's property after the acquisition of the tax liens, but there is no dispute that no such event took place therebefore.

II.    LEGAL ARGUMENT

   A. Plaintiff's Count 1, Trespass.

Factual allegations here consist of:

   1) That a Mr. Ayers gave the Defendants a truck and body;

   2) In 1997, the Defendants "seized the 5 Mannz Street property".

The evidence to support these allegations is that the seizure took place some time in 1996, or 1997; that it was authorized in the alternative by Charlie Ayers, or the

VALDIS VINKELS
ATTORNEY AT LAW
LLC
216 MAIN STREET
HARTFORD, CT
06106-1881
(860) 541-6400
FAX (860) 541-6410
JURIS # 065560

City of Hartford; that he reported such taking to no one but Mr. Ayers. (See Plaintiff's deposition)

B. Plaintiff's Count Two: Tortious Interference of Contractual Relationship:

Factual allegations here consist of:

1) Plaintiff had contract to sell his property to a willing buyer.

2) Lis pendens was filed to interfere with any possible contracted relationship.

Plaintiff's evidence to support these allegations is that he prepared a written contract, sometime in 1997, presented it to Herb Virgo, address unknown, sometime in 1998, who called back to state that he was not signing it because "Caponetto told me that he bought it from the city". Plaintiff does not have a copy of such writing. ( pages 26-29 of plaintiff's deposition.)

C. Plaintiff's Count Three:

Unconstitutional Impairment of Contracts contains no additional factual allegation.

D. Plaintiff's Count Four:

Tort Slander of Title contains no factual allegations.

E & F. Counts Five and Six have been addressed by this Court's summary judgment in the companion case hereinabove recited.

To summarize: the factual situation can be reduced to a small Hartford businessman seeking to protect his property from neighboring, blighted and basically abandoned property, by expending his funds to acquire tax liens and thereafter, after a reasonable additional expense to foreclose such tax liens, acquire and improve such blighted property and thereby protect his property.

VALDIS VINKELS
ATTORNEY AT LAW
LLC
216 MAIN STREET
HARTFORD, CT
06106-1881
(860) 541-6400
FAX (860) 541-6410
JURIS # 065560

Instead, he has been subjected to eight years of litigation, including five years of proceeding in federal and state courts, to acquire title to the property, and two separate suits in federal court, which are unfounded, either at law, or in fact. "The test for summary judgment is whether the evidence can reasonably support a verdict in the Plaintiff's favor." Jetter v. Knothe Corp. No. 02-7220 (2ndCir. 07/15/2003), Defendants submit that neither the deposition of the Plaintiff in this case or in the companion case or in any of the materials submitted by the Plaintiff to this Court in response to discovery requested, point to any evidence that the Plaintiff could submit at trial to support a verdict in his favor.

        Defendants,
        CAPONETTO ENTERPRISES, LLC
        PRECISION FOREIGN CAR SERVICE, INC.
        VALDIS VINKELS

By: _____
        Valdis Vinkels
        Valdis Vinkels, Attorney at Law, LLC
        216 Main Street
        Hartford, CT 06106
        (860)541-6400
        Federal Bar No. unknown
        Admitted to the District Court in 1969

VALDIS VINKELS
ATTORNEY AT LAW
LLC
216 MAIN STREET
HARTFORD, CT
06106-1881
(860) 541-6400
FAX (860) 541-6410
JURIS # 065560

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage prepaid, on 12 th day of July, 2006 to the following:

Mr. Steve Atuahene
7000 Woodbine Avenue
Philadelphia, PA 19151

Edward C. Taiman, Jr., Esquire
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103

_____
Valdis Vinkels, Esquire

VALDIS VINKELS
ATTORNEY AT LAW
LLC
216 MAIN STREET
HARTFORD, CT
06106-1881
(860) 541-6400
FAX (860) 541-6410
JURIS # 065560