## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVE ATUAHENE,<br>    Plaintiff | :   CIVIL No. 3:01-CV02270(AWT)<br>:       Master Case |
| VS. | : |
| CAPONETTO ENTERPRISES, LLC, et al, : <br>    Defendants | |

---

| | |
|---|---|
| STEVE ATUAHENE,<br>    Plaintiff | :   CIVIL No. 3:01-CV-02269(AWT)<br>:       Member Case |
| VS. | : |
| THE CITY OF HARTFORD<br>    Defendant | :   JULY  7 , 2006 |

## DEFENDANTS, CAPONETTO ENTERPRISES, LLC, PRECISION CAR SERVICE, INC., VALDIS VINKELS, ESQUIRE, LOCAL RULE 9c(1) STATEMENT OF FACTS IN SUPPORT OF MOTION FOR MOTION TO DISMISS SUMMARY JUDGMENT

1. The attached exhibit 1 is a true and correct copy of a deposition of Steve Atuahene, dated August 13, 2003.

2. The Plaintiff has no evidence of any payments on this purchase money mortgage, payment of any real estate taxes, or written offer to purchase of the subject property, nor any petitions or communications to the City of Hartford, pages 4 through 6, Atuahene deposition.

VALDIS VINKELS
ATTORNEY AT LAW
LLC
216 MAIN STREET
HARTFORD, CT
06106-1881
(860) 541-6400
FAX (860) 541-6410
JURIS # 065560

3. After 1995, Plaintiff was on the property between two and four times a year.

4. Plaintiff was of the opinion that he no longer owned the property after some time in 1998, Atuahene deposition, page 36.

5. Until 1998, no cars were parked on the Atuahene property, deposition, page 34.

6. Plaintiff defended the foreclosure against him to "defend my dignity" in that as far as he was concerned, Caponetto already owned the property when the foreclosure action was started in October, 1998, Atuahene deposition, page 38 and 39.

Defendants,
CAPONETTO ENTERPRISES, LLC
PRECISION FOREIGN CAR SERVICE, INC.
VALDIS VINKELS

By

Valdis Vinkels
Valdis Vinkels, Attorney at Law, LLC
216 Main Street
Hartford, CT 06106
(860)541-6400
Federal Bar No. unknown
Admitted to the District Court in 1969

VALDIS VINKELS
ATTORNEY AT LAW
LLC
216 MAIN STREET
HARTFORD, CT
06106-1881
(860) 541-6400
FAX (860) 541-6410
JURIS # 065560

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage prepaid, on 7 th day of July, 2006 to the following:

Mr. Steve Atuahene
7000 Woodbine Avenue
Philadelphia, PA 19151

Edward C. Taiman, Jr., Esquire
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103


_____
Valdis Vinkels, Esquire

VALDIS VINKELS
ATTORNEY AT LAW
LLC
216 MAIN STREET
HARTFORD, CT
06106-1881
(860) 541-6400
FAX (860) 541-6410
JURIS # 065560