UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE ATUAHENE      :

v.                  : CIVIL ACTION
                      NO. 3:01 CV-02270 (AWT)

CAPONETTO ENTERPRISES LLC et al :


STEVE ATUAHENE      :

v.                  : CIVIL ACTION
                      NO. 3:01 CV 02269 (AWT)

CITY OF HARTFORD    : July 26 2006


MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO DEFENDANTS PENDING MOTION.

STEVE ATUAHENE, Pro Se Plaintiff respectfully asks the Court to grant 30 days additional time to respond to Caponetto Enterprises LLC et al's Motions for Summary Judgment and to Dismiss, and City of Hartford's Objection to Motion for Reconsideration. Atuahene was away in Virginia to attend Funeral and just received both motions from both parties yesterday. More importantly, as the Court knows

Atuahene was away in Africa for two months, as a result had to attend to various business and legal matters that had been scheduled.

The Court may grant a request for extension of time for cause shown. Fed. R. Civ. P. 6(b). Atuahene requests additional time pursuance to Fed. R. Civ. P 6(b) because the legal issues to be address by the memorandum of law to a Pro Se litigant like Atuahene are even complex and require additional research that cannot be completed before the deadline considering other pressing issues to be dealt with.

Atuahene has three motions to respond to, namely, Motion for Summary Judgment and Motion To Dismiss from Caporetto Enterprises LLC et al and the City of Hartford's Objection to Atuahene's motion for Reconsideration.

Atuahene asks the Court to grant an enlargement of time for 30 (thirty) days to respond to these three pending motions. Atuahene respectfully requests additional time for cause shown, as stated in this motion, not to delay these proceedings. See Fed. R. Civ. P. 6(b).

For the foregoing reasons Atuahene respectfully asks the Court to extend the time for 30 days.

Respectfully submitted
SA.
STEVE    ATUAHENE

CERTIFICATE OF SERVICE

I, STEVE ATUAHENE, hereby certify that a copy of the foregoing was sent via U.S. mail, postage prepaid, on July — 2006 to the following:

Valdis Vinkels
216 Main Street
Hartford CT 06106


Edward C. Taiman Jr Esquire
190 Trumbull Street, Ste 202
Hartford CT 06103


Dated: 7/26/6                              SA.