UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------x
STEVE ATUAHENE                 :
                               :
       v.                      :    CASE NO. 3:01CV2269 (AWT)
                               :       (MASTER CASE)
CITY OF HARTFORD               :
-------------------------------x
STEVE ATUAHENE                 :
                               :
       v.                      :    CASE NO. 3:01CV2270 (AWT)
                               :       (MEMBER CASE)
CAPONETTO ENTERPRISES, LLC,    :
PRECISION FOREIGN CAR SERVICE, :
and VALDIS VINKELS             :
-------------------------------x
```

PARTIAL JUDGMENT

This action came on for consideration of the defendants'
motion to dismiss and motion for summary judgment before the
Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including
applicable principles of law, and the court filed a ruling which
denied without prejudice the motion to dismiss, and granted in
part and denied in part the defendants' motion for summary
judgment.

The defendants' motion for summary judgment was granted with
respect to counts two, three, four, five and six, granted with
respect to count one as to defendant Vinkels, and denied without
prejudice with respect to count one as to defendants Caponetto
LLC and Precision Foreign Car Service.  The plaintiff was given
until July 3, 2007, to inform the court whether he wishes to have
the allegations in count one construed to include a claim for
conversion, trespass, or both.  No extension of time will be

granted.  In the absence of a timely response, count one will be construed as a claim for trespass only.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants City of Hartford, Caponetto Enterprises LLC, Precision Foreign Car Service, and Valdis Vinkels with respect to counts two, three, four, five and six, and granted with respect to count one as to defendant Valdis Vinkels, and denied without prejudice with respect to count one as to defendants Caponetto Enterprises LLC and Precision Foreign Car Service.

The plaintiff shall file a notice by July 3, 2007, whether he wishes to have the allegations in count one construed to include a claim for conversion, trespass, or both.  In the absence of a timely response, count one will be construed as a claim for trespass only.

Dated at Hartford, Connecticut, this 20th day of June, 2007.

KEVIN F. ROWE, Clerk
United States District Court


By ___/s/ SLS_____
        Sandra Smith
        Deputy Clerk