## Certificate of Service

I hereby certify that I have served a copy of this ~~petition~~ motion upon all other parties or their attorney of record by: (see below)

*Please check:*

____✓____   Regular First Class Mail

_____   Certified Mail

_____   Other

<br>

STEVE ATUAHENE
Name of Petitioner     (Print Name)

<br>

_SA._____
Signature of Petitioner    (Sign your name)

Dated: 7/30/7

<br>

Edward C. Taiman Esq
SABIA & HARTLEY LLC
190 Trumbull Street, Ste 202
HARTFORD CT 06103


Valdis Vinkels Esq
216 Main Street
Hartford CT 06106-1881