UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE ATUAHENE :

v. : CASE NO. 3:01 CV 2269 (AWT)

CITY OF HARTFORD :


STEVE ATUAHENE :

v. : CASE NO. 3:01 CV 2270 (AWT)

CAPONETTO ENTERPRISES LLC
et al :

O R D E R

AND NOW, to wit, it is hereby ORDERED and DECREED that Plaintiff instant Motions are GRANTED.

It further ORDERED and DECREED that Plaintiff's Count one is construed to include claim for both CONVERSION and TRESPASS.

BY THE COURT