MEDICAL CERTIFICATE OF CAUSE OF DEATH

(Section 18, Act 301)

A56397

FORM V

Team B

F No 14756

I HEREBY CERTIFY that I have medically attended Yaa Afua ........ of (a) Ebom (b) apparently or stated to be aged 86 years, that I last saw her on the 12th day of March 2007 that she was then suffering from Sepsis ........ 19......

died as I am aware (c) informed, on the 12th day of March 2007 at (d) at 10:55 p.m. and that the cause of death was to the best of my knowledge and belief as herein stated. (e) viz:

| | | Approximate interval between onset and death |
|---|---|---|
| I Disease or condition directly leading to death | (i) SEPSIS | |
| Antecedent cause, Morbid Conditions, if any giving rise to the above cause stating the underlying conditions last | (ii) DIABETES MELLITUS | |
| | (iii) | |
| II Other significant conditions contributing to the death, but not related to the disease or condition causing it. | | |

Witness my hand this 14th day of MARCH 2007

Name and ........ DR RICHARD PHILLIPS

Signature ........

Address ........ KOMFO ANOKYE TEACHING HOSPITAL, KUMASI (KATH)

(a) State ........
(b) Omit "apparently" or "stated to be" as the case may be
(c) Delete as applicable
(d) State the time
(e) state duration of illness if possible

This does not mean the mode of dying, eg. heart failure, asthma etc. It means the disease, injury or complication which causes death

BHP/500x100bks/Counterfoil/2/97

BDR Form

EXHIBIT A




# international travel exchange

**New York**
211 East 43rd Street, Suite 604
New York, NY 10017
Tel: 212.808.5368

**Bronx**
1205 College Ave
Bronx, NY 10456
Tel: 718.293.4003

**Washington DC**
1010 Vermont Ave NW, Suite 1001
Washington, DC 20005
Tel: 202.347.7370

SALES PERSON: SK                    ITINERARY                    DATE: 12 APR 07
                                    IECVOD                       PAGE: 01

TO: STEVE ATUAHENE                  E TICKETS
    7000 WOODBINE AVE
    PHILADEPHIA PA 19157

FOR: ATUAHENE/STEPHEN FREMPONG

TOTAL AMOUNT DUE USD1100.00    E TICKETS

```
AIR   26APR THU
      LV PHILADELPHIA              540P     UNITED AIRLINES         9199S   MULTI MEALS
      DEPART: TERMINAL A                                            08HR 05MIN
      AR FRANKFURT                 745A     27APR07                 EQP:    AIRBUS A340
          PHILADELPHIA-FRANKFURT OPERATED BY LUFTHANSA
AIR   ARRIVE: TERMINAL 1                                            REF:    Q05G80

      LV FRANKFURT
      DEPART: TERMINAL 1           1110A    UNITED AIRLINES         9002S   MULTI MEALS
      AR ACCRA                                                      08HR 10MIN
                                   520P              1-STOP         EQP:    AIRBUS A330-3
          FRANKFURT-LAGOS OPERATED BY LUFTHANSA
      VIA LAGOS                                                     REF:    Q05G80

AIR   28JUN THU
      LV ACCRA                     700P     LUFTHANSA               565S    MULTI MEALS
                                                                    08HR 25MIN
      AR FRANKFURT                 525A     29JUN07     1-STOP      EQP:    AIRBUS A330-3
      ARRIVE: TERMINAL 1                                            REF:    ZBSKAJ
      VIA LAGOS
AIR
      LV FRANKFURT                 120P     LUFTHANSA               426S    MEALS
      DEPART: TERMINAL 1                                            08HR 40MIN
      AR PHILADELPHIA              400P                             EQP:    AIRBUS A340
      ARRIVE: TERMINAL A                                            REF:    ZBSKAJ
```

TICKET IS NON REFUNDABLE/NON ENDORSABLE/NON TRANSFERABLE
OUTBOUND/INBOUND FLIGHTS CANNOT BE CHANGED
RECONFIRM DIRECTLY WITH AIRLINE 72 HOURS BEFORE FLIGHTS
YOU MAY NEED ENTRY/TRANSIT VISAS CHECK WITH VISA AGENCY
CHECK IN 4 HOURS BEFORE DEPARTURE
NO SHOWS WILL INVALIDATE YOUR TICKET
YOUR FREE BAGGAGE ALLOWANCE IS 2PIECES AT 50LBS EACH
THANK YOU FOR BOOKING WITH I.T.E.

EXHIBIT B




www.americatravelclub.com



**PRO VITA SPECIALIST HOSPITAL LTD**
P.O. BOX 1106 TEMA- GHANA
TEL: 022 204266/202113/202790  FAX 00233 22 202790
EMAIL: info.provitahospital@gmail.com

13TH JULY, 2007.

## TO WHOM IT MAY CONCERN:

### RE: MRS. AGNES ATUAHENE:

The above named patient was admitted on the 18/6/07.

She had myomectomy done on 20/6/07.

She developed wound abscess at the incision site a week after the operation.

She was treated for the wound abscess and a secondary suturing was done on 5/7/07.

Currently, she is doing very well and we hope to discharge her as soon as her wound heals completely.

ATTENDING DOCTOR.

*[signature]*

DR. PHILIP ANING-KUFFOUR.

*Provita Specialist Hospital Limited*
*P. O. BOX 1106*
*TEMA*

EXHIBIT C



EXH. D