II. MOTION TO OBTAIN COPY OF COURT ORDER SUPPOSEDLY ENTERED BY THE COURT AND FOR LEAVE OF COURT TO FILE PLAINTIFFS RESPONSE, OBJECTIONS OR MOTION FOR RECONSIDERATION.

20. Plaintiff Steve Atuahene incorporate by reference paragraphs 1 through 19 of Motion I as set forth fully herein.

21. Paragraphs two and three of the courts order of June 20, 2007 indicates that there was an order entered by the court granting relief to defendant vinkels.

22. Plaintiff never received such order and is therefore not aware of its issuance.

23. Plaintiff assumes that the court might have issued such order but the postal system never delivered it.

24. The postal system is not hundred per centum fool proof in terms of delivery of mails.

WHEREFORE Plaintiff prays the copy will issue a new order and provide him with the opportunity to file motion for reconsideration or appropriate relief.

Respectfully submitted

STEVE ATUAHENE

5.