UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE ATUAHENE   :

   v.              : CASE NO. 3:01 CV 2269 (AWT)

CITY OF HARTFORD  :


STEVE ATUAHENE    :

   v.              : CASE NO. 3:01 CV 2670 (AWT)

CAPONETTO ENTERPRISES LLC :
PRECISION FOREIGN CAR SERVICES
AND VALDIS VINKELS :


MEMORANDUM OF LAW.

The Court issued an order in June 20, 2007 that mandated a filing by Plaintiff by July 3, 2007. However, Plaintiff due to death in the family and the hospitalization of his wife in Ghana was in Ghana and did not receive said order. Plaintiff's negligence of not complying with the Court's mandate of June 20, 2007 is excusable in that he did not receive said order in time. A party may seek relief from the judgment based on excusable neglect such as in this case. Fed R. Civ. P. 60(b); Pioneer Inv. Servs. Co v. Brunswick Assocs. LP, 507 U.S. 380, 392-97, 113 S.Ct. 1489, 1497-99 (1993).

6.

A party is entitled to relief from judgment if it is not otherwise entitled to relief under Rule 60(b)(1)-(5) and exceptional circumstances exist that demonstrate the judgment is manifestly unjust. Fed R. Civ. 60(b)(6); Liljeberg v. Health Servs. Acquisition Corp., 486 U.S. 847, 863-64, 108 S.Ct. 2194, 2204 (1988). This judgment is manifestly unjust because the order required Plaintiff to respond by July 3, 2007. However, Plaintiff due to circumstances beyond his control was ~~then~~ between the time the order was issued and the mandated date to respond was in Ghana, Africa and therefore couldn't have responded.

Rule 60(b) of Fed R. Civ Proc. in pertinent part states:

"On motion and upon such terms as are just, the court may relieve a party from a final judgment for excusable neglect. The motion shall be made within a reasonable time and not more than one year after the judgment."

Plaintiff's instant motion is within time and fully comply with Rule 60(b)(1). More importantly, any error of Plaintiff is harmless. Rule 61 states:

"The court at every stage of the proceeding must disregard any error or defect in the proceeding which does not affect the substantial rights of the parties."

2.

Plaintiff's instant motion does not in any way affect the right of defendant. All that Plaintiff seeks is to be allowed to rectify a possible violation of his rights due to his absence. This the court has the equitable right to do. Besides, the court is ~~made~~ mandated by the caselaw cited ~~her~~ hereinbefore and the Federal Rules of Civil Procedure referenced hereinbefore.

WHEREFORE, for all the foregoing reason Plaintiff prays his instant motions be granted

Respectfully submitted
SA.
STEVE ATSU AHENE

8