## Certificate of Service

I hereby certify that I have served a copy of this ~~petition~~ motion upon all other parties or their attorney of record by: (see below)

*Please check:*

__✓__    Regular First Class Mail

_____    Certified Mail

_____    Other

STEVE ATUAHENE
Name of Petitioner     (Print Name)

_SA._
Signature of Petitioner     (Sign your name)

Dated: 7/30/7

Edward L. Taiman Esq
SABIA & HARTLEY LLC
190 Trumbull Street, Ste 202
HARTFORD CT 06103

Valdis Vinkels Esq
216 Main Street
Hartford CT 06106-1881