MEDICAL CERTIFICATE OF CAUSE OF DEATH

(Section 18, Act 301)

AS6397

FORM V

Team B

F No 14756

I HEREBY CERTIFY that I have medically attended Yaa Asaah
........................................................ of (a) Ebom
(b) apparently or stated to be aged 86 years, that I last saw her
on the 12th day of March 2007 that she
was then suffering from ~~see~~ SEPSIS ........................................ 19......
died as I am aware (c) informed, on the 12th day of March 2007
at (d) ........................... at 10:55 p.m. ...........................
and that the cause of death was to the best of my knowledge and belief as herein stated. (e) viz:

| | | Approximate interval between onset and death |
|---|---|---|
| I<br>Disease or condition directly leading to death | (i) SEPSIS<br>due to (or as a consequence of)<br>(ii) DIABETES MELLITUS<br>due to (or as a consequence of)<br>(iii) | |
| Antecedent cause,<br>Morbid Conditions, if any giving rise to the above cause stating the underlying conditions last | | |
| II<br>Other significant conditions contributing to the death, but not related to the disease or condition causing it. | | |

Witness my hand this 14th day of MARCH 2007

Name and ..................... DR RICHARD PHILLIPS

Signature ................................................

Address ..................... KOMFO ANOKYE (KATH)

(a) State ...
(b) Omit "apparently" or "stated to be" as the case may be
(c) Delete as applicable
(d) State the time
(e) state duration of illness if possible
This does not mean the mode of dying, eg. heart failure, asthma etc. It means the disease, injury or complication which causes death

BHP/500x100bks/Counterfoil/2/97

BDR Form

EXHIBIT A



# international travel exchange

**ite**

**New York**
211 East 43rd Street, Suite 604
New York, NY 10017
Tel: 212.808.5368

**Bronx**
1205 College Ave
Bronx, NY 10456
Tel: 718.293.4003

**Washington DC**
1010 Vermont Ave NW, Suite 1001
Washington, DC 20005
Tel: 202.347.7370

```
SALES PERSON: SK              ITINERARY                    DATE: 12 APR 07
                                IECVOD                      PAGE: 01

    TO: STEVE ATUAHENE                      E TICKETS
        7000 WOODBINE AVE
        PHILADEPHIA PA 19157


FOR: ATUAHENE/STEPHEN FREMPONG


         TOTAL AMOUNT DUE USD1100.00   E TICKETS
 AIR
26APR    LV PHILADELPHIA        540P    UNITED AIRLINES      9199S    MULTI MEALS
 THU     DEPART: TERMINAL A                                  08HR 05MIN
         AR FRANKFURT           745A    27APR07              EQP:    AIRBUS A340
            PHILADELPHIA-FRANKFURT OPERATED BY LUFTHANSA
 AIR     ARRIVE: TERMINAL 1                                  REF:    Q05G80

         LV FRANKFURT           1110A   UNITED AIRLINES      9002S    MULTI MEALS
         DEPART: TERMINAL 1                                  08HR 10MIN
         AR ACCRA               520P              1-STOP     EQP:    AIRBUS A330-3
            FRANKFURT-LAGOS OPERATED BY LUFTHANSA
         VIA LAGOS                                           REF:    Q05G80

 AIR
28JUN    LV ACCRA               700P    LUFTHANSA            565S    MULTI MEALS
 THU                                                         08HR 25MIN
         AR FRANKFURT           525A    29JUN07   1-STOP     EQP:    AIRBUS A330-3
         ARRIVE: TERMINAL 1                                  REF:    ZBSKAJ
         VIA LAGOS
 AIR
         LV FRANKFURT           120P    LUFTHANSA            426S      MEALS
         DEPART: TERMINAL 1                                  08HR 40MIN
         AR PHILADELPHIA        400P                         EQP:    AIRBUS A340
         ARRIVE: TERMINAL A                                  REF:    ZBSKAJ

TICKET IS NON REFUNDABLE/NON ENDORSABLE/NON TRANSFERABLE
OUTBOUND/INBOUND FLIGHTS CANNOT BE CHANGED
RECONFIRM DIRECTLY WITH AIRLINE 72 HOURS BEFORE FLIGHTS
YOU MAY NEED ENTRY/TRANSIT VISAS CHECK WITH VISA AGENCY
CHECK IN 4 HOURS BEFORE DEPARTURE
NO SHOWS WILL INVALIDATE YOUR TICKET
YOUR FREE BAGGAGE ALLOWANCE IS 2PIECES AT 50LBS EACH
THANK YOU FOR BOOKING WITH I.T.E.
```

EXHIBIT B




www.americatravelclub.com



**PRO VITA SPECIALIST HOSPITAL LTD**
P.O. BOX 1106 TEMA- GHANA
TEL: 022 204266/202113/202790  FAX 00233 22 202790
EMAIL: info.provitahospital@gmail.com

13TH JULY, 2007.

## TO WHOM IT MAY CONCERN:

### RE: MRS. AGNES ATUAHENE:

The above named patient was admitted on the 18/6/07.

She had myomectomy done on 20/6/07.

She developed wound abscess at the incision site a week after the operation.

She was treated for the wound abscess and a secondary suturing was done on 5/7/07.

Currently, she is doing very well and we hope to discharge her as soon as her wound heals completely.

ATTENDING DOCTOR.

...............................
DR. PHILIP ANING-KUFFOUR.

*Provita Specialist Hospital*
*Limited*
*P. O. BOX 1106*
*TEMA*

EXHIBIT
C



EXH - D