UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE    ATUAHENE           :

           v.                :    CASE NO. 3:01CV2269 (AWT)

CAPONETTO ENTERPRISES LLC
           et al             :

MOTION FOR ENLARGEMENT OF TIME
OF TRIAL MEMORANDUM SCHEDULING ORDER

Plaintiff Steve Atuahene hereby moves this Court for the enlargement of time of the trial memorandum scheduling order issued recently by this Honorable Court. The reason for the enlargement of time is stated with more particularity in the attached memorandum of law.

WHEREFORE for all the foregoing reasons Pro Se Plaintiff respectfully prays the Court will grant enlargement of time for the filing of trial memorandum to June 17, 2008.

Respectfully Submitted

SA.
STEVE    ATUAHENE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE ATUAHENE          :

v.                      : CASE NO. 3:01 CV 2270(AWT)

CAPONETTO ENTERPRISES LLC
         et al          :

MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR THE ENLARGEMENT OF TIME OF TRIAL MEMORANDUM SCHEDULING ORDER.

   Plaintiff Pro Se Steve Atuahene respectfully requests this Honorable Court to grant additional time for the filing of trial memorandum scheduled for April 17, 2008 to June 17, 2008 as authorized by Federal Rule of Civil Procedure 6(b).

   Recently the court held a conference meeting on this case to try a settlement. Defendants attorney shut the idea of settlement down. Consequently the court mentioned of the trial of the case. Plaintiff Steve Atuahene then informed the court he would be away in Africa until June 2008. Steve Atuahene's passport had then expired so went to New York to renew his passport. Thereafter he continued for business trips to New England and New Jersey Regions. He returned on March 29, 2008 to find that the court had issued an

order dated March 17, 2008. Due to his absence from Philadelphia Plaintiff did not receive this Court's order on time to work with Defendants counsel to discuss the trial memorandum order as mandated by this Court. Plaintiff is scheduled for a funeral and business trip to Ghana, Togo and Nigeria. Plaintiff returns to United States on May 14 2008 but due to the unreliability of the airlines in African the return can be delayed for another week or two. So Plaintiff realistically believes he will return to USA by May 31, 2008. To provide enough time to work with Defendants counsel to file the mandated Trial Memorandum Plaintiff believes June 17, will be the most feasible time. Steve Atuahene filed this request for an extension as soon as he became aware of the need for additional time and before the deadline.

The Court may grant a request for extension of time for "cause shown". Fed R. Civ. P. 6(b). Plaintiff/Movant has stated reasonable cause for the granting of this ~~order~~ motion. Plaintiff's trip is evidenced by his Northwest/KLM Airline Ticket and Travel schedule. EXHIBIT A.

WHEREFORE, for these reasons Pro Se Plaintiff Steve Atuahene respectfully requests this Honorable Court to extend the time to file Trial Memorandum until June 17, 2008

Respectfully submitted

STEVE ATUAHENE
7000 Woodbine Ave.
PHILA PA 19151

## CERTIFICATE OF SERVICE

I, STEVE ATUAHENE, hereby certify that I have today caused a copy of the foregoing Motion to be served via U.S. First Class Mail upon.

Valdis Vinkels Esq
216 Main Street
Hartford   CT 66106-1881

DATED: APRIL 3, 2008

*SA.*
STEVE ATUAHENE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE ATUAHENE :

v.   : CASE NO. 3:01 CV 2270 AWT

CAPONETTO ENTERPRISES LLC
et al :

# ORDER

After considering Steve Atuahene's Motion for Enlargement of time to File Trial Memorandum, the Court FINDS there is a cause to enlarge the time to File Trial Memorandum. Therefore the Court GRANTS the request to enlarge time until June 17 2008.

SIGNED on _____ 2008

U.S. DISTRICT JUDGE

 

```
SALES PERSON: FE         INVOICE NO. 4115289           DATE: 24 MAR 99
                                 PAPER                  PAGE: 05

     TO: STEVE ATUAHENE                    E-TICKETS
         1203 WOODBINE AVE
         PHILADELPHIA PA 19157


  PAX: ATUAHENE/STEPHEN


TICKET IS NON REFUNDABLE/NON ENDORSABLE/NON TRANSFERABLE
OUTBOUND/INBOUND FLIGHTS CANNOT BE CHANGED
RECONFIRM DIRECTLY WITH AIRLINE 72 HOURS BEFORE FLIGHTS
YOU MAY NEED ENTRY/TRANSIT VISAS CHECK WITH VISA AGENCY
CHECK IN 4 HOURS BEFORE DEPARTURE
NO SHOWS WILL INVALIDATE YOUR TICKET
FREE BAGGAGE ALLOWANCE IS 2PCS 50LBS EACH BA/NA 70LBS EACH
THANK YOU FOR BOOKING WITH I.T.E.

OTH FULL PAYMENT
                             BILLED TO VISA             1,345.08*
                                                        ---------
                             TOTAL BASE                 1,345.00
                             TOTAL TAX                      0.00
                             NET CC BILLING            1,345.00*
                                                        ---------
                             TOTAL AMOUNT DUE               0.05
```



```
                                                          DATE: 24 MAY 08
                                                          PAGE: 01

TO: STEVE ADUAHENE                    E-TICKETS
    7030 BLOOMING AVE
    PHILADELPHIA PA 19138


1  ADUAHENE/STEPHEN


       TOTAL AMOUNT DUE USD1345  E-TICKETS
AIR
1APR   LV PHILADELPHIA      605P   KLM ROYAL DUTCH       5782V
TUE    DEPART: TERMINAL E                                2HR 35MIN
       AR DETROIT METRO     800P                         EQP:  DC-9 STRETCH
          PHILADELPHIA-DETROIT METRO OPERATED BY NORTHWEST AIRLINES
       ARRIVE: E.M. MCNAMARA TERMINAL                    REF: YUUWU2

       LV DETROIT METRO     425P   KLM ROYAL DUTCH       6040V   MULTI MEALS
       DEPART: E.M. MCNAMARA TERMINAL                    7HR 55MIN
       AR AMSTERDAM        1115A  02APR08                EQP:  AIRBUS A330-3
          DETROIT METRO-AMSTERDAM OPERATED BY NORTHWEST AIRLINES
                                                         REF: YUUWU2
AIR
       LV AMSTERDAM         140P   KLM ROYAL DUTCH       589V    MULTI MEALS
                                                         6HR 35MIN
       AR ACCRA             815P                         EQP:  MD-11
                                                         REF: YUUWU2

AIR
13MAY  LV ACCRA             910P   KLM ROYAL DUTCH       586V    MULTI MEALS
TUE                                                      6HR 50MIN
       AR AMSTERDAM         600A  14MAY08                EQP:  AIRBUS A330-2
                                                         REF: YUUWU2
AIR
       LV AMSTERDAM         800A   KLM ROYAL DUTCH       6039V   MULTI MEALS
                                                         8HR 40MIN
       AR DETROIT METRO    1040A                         EQP:  AIRBUS A330-3
          AMSTERDAM-DETROIT METRO OPERATED BY NORTHWEST AIRLINES
       ARRIVE: E.M. MCNAMARA TERMINAL                    REF: YUUWU2
AIR
       LV DETROIT METRO     145P   KLM ROYAL DUTCH       5748V
       DEPART: E.M. MCNAMARA TERMINAL                    1HR 30MIN
       AR PHILADELPHIA      315P                         EQP:  AIRBUS A320
          DETROIT METRO-PHILADELPHIA OPERATED BY NORTHWEST AIRLINES
       ARRIVE: TERMINAL E                                REF: YUUWU2


TRFF
13MAY  NEW YORK CITY
TUE
```

*[Image of an airline passenger ticket and baggage check receipt, rotated sideways on the page]*

**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT

**PASSENGER RECEIPT**

NORTHWEST AIRLINES
TRAVEL SERVICE

Name of Passenger: ATUAHENE/STEPHEN

**THIS IS YOUR RECEIPT**
**NOT VALID FOR TRANSPORTATION**
NW/KL ONLY NONREF NONENDO

Place of Issue: NEW YORK NY US
Date of Issue: 24MAR08
Agent Code: A33508333

Fare: USD 124.80
Tax/Fee: 5.50 BT
Total: USD

Name of Passenger: ATUAHENE/STEPHEN
From: PHL
XDTW  KL5763  V  01APR  VKXSN7/BN701
X/AMS KL6048  V  01APR  VKXSN7/BN701
To:   KL589   V  02APR  VKXSN7/BN701
OACC  KL590   V  13MAY  VKXSN7/BN701
X/AMS KL6039  V  14MAY  VKXSN7/BN701
PHL   KL5768  V  14MAY  VKXSN7/BN701

NOT VALID FOR TRAVEL

0 012 7123054463 6
AA33508333

Document Number: 0 012 7123054463 6

Stock Control No TX 889    3981976 5101

DOCUMENT IS HEAT SENSITIVE
Do not expose to prolonged periods of excessive heat or light

7000 WOODBINE AVE
PHILA. PA. 19151

RETURN RECEIPT
REQUESTED
2 fl.

U.S. POSTAGE
PAID
PHILADELPHIA, PA
19146
APR 03. 08
AMOUNT
$5.38
0003400I-15

06103

CERTIFIED MAIL

7007 3020 0003 0447 8939

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
450 MAIN STREET
HARTFORD, CT. 06103