UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------x
                                    :
STEVE ATUAHENE                      :
                                    :
v.                                  : Civil No. 3:01cv02269(AWT)
                                    :
CITY OF HARTFORD                    :
                                    :
------------------------------------x
```

### REVISED SCHEDULING ORDER

Prior to scheduling jury selection for June 13, 2008, the court granted the plaintiff an extension of time to June 17, 2008 to file his portion of the Joint Trial Memorandum. Accordingly, the final pretrial conference currently scheduled for June 2, 2008 and the June 13, 2008 jury selection are being rescheduled. Jury selection will be held on July 10, 2008 if there is space on the court's calendar, and, in the alternative, on August 15, 2008.

A final pretrial conference will be held on June 19, 2008 at 10:00 A.M. in the South Courtroom.

It is so ordered.

Signed this 23rd day of May, 2008 at Hartford, Connecticut.

```
           _____/s/AWT_____
               Alvin W. Thompson
           United States District Judge
```