# EXHIBITS

A : Court Order
B : Emergency Ambulance
C : Release Order – HWP
D : Lawkenvan Hospital.

## Orders on Motions
3:01-cv-02269-AWT Atuahene v. Hartford
DFM, LEAD, MOTREF

U.S. District Court

United States District Court for the District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered on 4/8/2008 at 4:57 PM EDT and filed on 4/8/2008
**Case Name:** Atuahene v. Hartford
**Case Number:** 3:01-cv-2269
**Filer:**
**Document Number:** 104(No document attached)

**Docket Text:**
ORDER: The plaintiff's Motion for Extension of Time (Doc. No. [103]) is hereby GRANTED. The filing deadline is extended to June 17, 2008. However, NO FURTHER EXTENSIONS WILL BE GRANTED. It is so ordered. Signed by Judge Alvin W. Thompson on 04/08/2008. (Zinser, A.)

**3:01-cv-2269 Notice has been electronically mailed to:**

Edward C. Taiman, Jr  etaiman@sabialaw.com, tdelgreco@sabialaw.com

John P. Shea, Jr  jshea@sabiahart.com, jshea@sabialaw.com

**3:01-cv-2269 Notice has been delivered by other means to:**

Steve Atuahene
7000 Woodbine Ave.
Philadelphia, PA 19151

Valdis Vinkels
216 Main St.
Hartford, CT 06106

Valdis Vinkels
216 Main St.
Hartford, CT 06106

**911 Only For Real Emergencies**

Fire Department - EMS Division
P O Box 56317
Philadelphia, PA 19130-6317
(215) 972-8300



# CITY OF PHILADELPHIA
DTNTC08168          004716

TAX ID:
23-6003047



\*\*\* PROCEDURE CODE \*\*
BLS = A0429
BML = A0425

8153016-8
STEVE FIMPNG
7000 WOODBINE AVE
PHILADELPHIA PA  19151-2329

## NOTICE OF EMERGENCY AMBULANCE FEES

Our records indicate that you received emergency ambulance services from the City of Philadelphia Fire Department on the date listed below.

| Report Number | Date of Service | CHARGE | + EKG | + OXYGEN | + MILEAGE | = Total Amount Due |
|---|---|---|---|---|---|---|
| 8153016-8 | 06/01/2008 | $505.00 | $0.00 | $0.00 | $10.00 | $515.00 |

If you have Medicare Part B or private medical insurance, they may pay this fee or a portion thereof. .However, you are responsible for any unpaid balance or for any DELAY in providing the billing information requested. Please complete and return the information below. Your bill will then be forwarded to the appropriate agency. Please respond within 15 days from receipt of this letter.

_____  _____  _____
DATE OF BIRTH           MEDICAID                MEDICARE PART B NUMBER

**COMPLETE THIS SECTION AND SIGN BELOW IF YOU HAVE OTHER MEDICAL INSURANCE THAT WILL COVER THIS BILL.**

_____        _____
HMO OR INSURANCE COMPANY NAME          POLICY HOLDER'S NAME & RELATION TO PATIENT

_____        _____
INSURANCE COMPANY'S STREET ADDRESS     POLICY NUMBER

_____        _____
CITY, STATE AND ZIP                    GROUP ID NUMBER

**RELEASE OF INFORMATION AND PAYMENT AUTHORIZATION**

I request that payment of authorized Medicare or medical insurance benefits be made either to me or on my behalf for any services furnished me by the City of Philadelphia Fire Department now and in the future. I authorize any holder of medical or other information about me to release to the Health Care Financing Administration or its agents any information needed to determine these benefits or the benefits payable for related services. I acknowledge receipt of the Philadelphia Fire Department's Notice of Privacy Practices.

Signature_____                                    Date_____

DTNTC08168          004716          8153016-8                                           000000284

# Discharge Document

**UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM | HOSPITAL of the UNIVERSITY of PENNSYLVANIA**

**FREMPONG, STEVE**
Admit Date: 04-Jun-2008  8:10 pm
56797855/ 35208487
Birthdate: 24-Dec-1947

## Allergies:
No Known: No Known Allergies

## Discharge Medications:
Colace 100 mg oral capsule.  1  orally 2 times a day as needed for constipation.

FeroSul 325 mg oral tablet.  1  orally 2 times a day.

omeprazole 40 mg oral delayed release capsule.  1 tab(s) orally once a day.

## Discharge Disposition
| | |
|---|---|
| DISCHARGE DATE: | June 7th, 2008 |
| The attending physician was | Pickering, Sean |
| The practitioner responsible for dictating the discharge summary was | Jerud, Elliot |
| The patient was discharged | to home |
| Secondary Diagnosis: | GI bleed |
| Secondary Diagnosis: | anemia |
| Procedure #1 | EGD |
| Procedure #2 | Colonoscopy |
| Procedure #3 | Capsule Endoscopy |

## Follow-up Information
FOLLOW-UP CARE

1.) Please schedule a follow up appointment with your Primary physician
2.) Prior to seeing your primary doctor please goto your local laboratory or the Hosp of Univ Pennsylvania Labs to have a CBC drawn.  Have the results sent to your primary doctor
3.) Call Radiology at HUP at 215-662.3000 to scheduled your barium enema. This exam will complete the evaluation of your colon.
4.) Call the Endoscopy suite at 215.662.2122 for the results of your capsule endoscopy.

## Discharge Instructions
| | |
|---|---|
| You have smoked in the past 12 months. | no |
| Discharge Diet | regular |
| Your activity level will be | return to normal activity |

If these symptoms occur, please notify your doctor or return to the emergency department; dark stools, lightheadedness, bright red blood in the stool., diarrhea, nausea/vomiting.

EXHIBIT

Page 1 of 2

# Main Line Hospitals

Bryn Mawr Hospital
Lankenau Hospital
Paoli Hospital

~~CARDIOVASCULAR~~ DISCHARGE INSTRUCTIONS
**SHARE THIS FORM WITH YOUR PRIMARY CARE PHYSICIAN**

ATAHENG, STEPHEN FREMPONG
DOB: 12/24/1947   Age: 59
MR#: 722942   ADM Date: 3/11/2007
Patient #: 4001312524
CID #: 000010533524

Patient I.D.

**DIAGNOSIS:** Diverticular bleeding
**PROCEDURE:** EGD, enteroscopy, colonoscopy
**DATE:** 3/15/07
**KNOWN ALLERGIES:** NKDA
**DISCHARGED TO:** ☑ HOME ☐ OTHER: _____
**VIA:** ☐ CAR ☐ AMBULANCE   **ACCOMPANIED BY:** _____   **TIME:** _____

## MEDICATION / DOSAGE / FREQUENCY | TAKE NEXT DOSE

- ☐ Pain / Analgesic:
- ☐ Enteric - Coated Aspirin:
- ☐ Angiotensin Converting Enzymes Inhibitor:
- ☐ Angiotensin Receptor Blockers:
- ☐ Beta Blocker:

**For Above Drugs - If any not ordered, document reason why not indicated and/or contraindicated.**

Ø

**SPECIAL/EDUCATIONAL INSTRUCTIONS:**

Follow up with Primary Care Physician in 1 week
Follow up with Dr. Thorton (GI doc) in 3-4 weeks
Phone #: (610) 896-7360

* Come to the Emergency Department if bleeding returns

Wound Care Instructions given ☐
Education Material Given  ☐ AMI  ☐ CHF  ☐ CABG  ☐ Pacemaker Device  ☐ Outpatient Cardiac Rehab

**DIET:**  ☐ Low Sodium  ☐ Low Cholesterol  ☐ Diabetic  ☐ Fluid Intake Reviewed  ☐ Written diet instructions given
☐ No restrictions  ☑ Other  Pt. handout on Diet for impaired glucose

MLH900-572.0405

CHART COPY

# Main Line Hospitals

Bryn Mawr Hospital
Lankenau Hospital
Paoli Hospital

~~CARDIOVASCULAR DISCHARGE INSTRUCTIONS~~

**SHARE THIS FORM WITH YOUR PRIMARY CARE PHYSICIAN**

ATAHENG, STEPHEN FREMPONG
DOB: 12/24/1947   Age: 59
MR#: 722942   ADM Date: 3/11/2007
Patient #: 4001312524
CID #: 000010533524

DATE: _____

PAGE 2 OF 2

Patient I.D.

| ACTIVITY | RESTRICTIONS | ACTIVITY | RESTRICTIONS |
|---|---|---|---|
| DRIVING | ☑ NO RESTRICTIONS | SEXUAL | ☑ NO RESTRICTIONS |
| STAIRS | ☑ NO RESTRICTIONS | BATHING | ☑ NO RESTRICTIONS |
| WALKING | ☑ NO RESTRICTIONS | WORK/SCHOOL | ☑ NO RESTRICTIONS |
| LIFTING | ☑ NO RESTRICTIONS | | |

*As tolerated* (handwritten, both sides)

## OTHER INSTRUCTIONS

Medical Equipment / Assistive Devices: _____ Telephone #: _____

Home Health Agency: _____ Telephone #: _____

(Please share this copy of the Discharge Instructions with the Home Health Agency)

If a problem or question occurs after discharge, notify: _____ at _____

Follow-Up appointment: Date: _____ Location _____

Follow-Up appointment: Date: _____ Location _____

## SMOKING CESSATION:

**Cigarette Smoking is The Single Greatest Preventable Cause of Illness, Disability, And Death in America Today, STOP SMOKING! To Register for SmokeFREE, Main Line Health's FREE state-approved smoking cessation program, call 1-866-CALL-MLH.**

## CONGESTIVE HEART FAILURE:

If you are diagnosed with CHF be sure to:
Weigh yourself daily in the morning just after urinating and before breakfast. Use the same scale and wear clothing that weighs about the same. Record the date and weight each day.

*Call your Primary Care/Referring Physician* For weight gain of more than 3 pounds in 24 hours; or if you have progressive weight gain, shortness of breath; fluid retention or swollen ankles or feet.

## VACCINES:

**Pneumonia and Flu Immunization Status:**

| | | |
|---|---|---|
| Influenza vaccine given: (Applicable only October - March) | ☐ Yes ☑ No | ☐ Patient refused vaccine<br>☐ Patient previously vaccinated   Year _____<br>☐ Vaccine contraindicated |
| Pneumococcal vaccine given: | ☐ Yes ☑ No | ☐ Patient refused vaccine<br>☐ Patient previously vaccinated   Year _____<br>☐ Vaccine contraindicated |

Instructions given to: ☑ Patient  ☐ Caregiver/Name: _____

Patient/caregiver verbalizes understanding: ☐ Yes ☐ No

**UNDERSTANDING OF DISCHARGE INSTRUCTIONS:** The discharge instructions on pages 1 & 2 were explained to me and/or us. All of my questions have been answered to my satisfaction. I also give the hospital permission to release necessary information to referral agencies. I have received a copy of these instructions.

PHYSICIAN SIGNATURE: _____[signature]_____   R.N. SIGNATURE: _____[signature]_____

SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE: _____Steve_____

DATE/TIME: _____

MLH900-572.0405