UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE ATUAHENE :

v. : CIVIL ACTION
NO. 3:01 CV 02270 (AWT)

CAPONETTO ENTERPRISES LLC
et al : June 13, 2008

MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF TRIAL MEMORANDUM.

STEVE ATUAHENE, Pro Se Plaintiff respectfully requests the court to grant thirty (30) days additional time to file Plaintiff Trial Memorandum.

This court graciously granted extension of time to Plaintiff to file his Trial Memorandum to June 17, 2008 due to Plaintiff visit to Ghana, Africa between April 1 2008 and May 14, 2008. EXHIBIT A. Plaintiff return from Africa in May 14, 2008 with malaria and had to be confined to bed for about 14 days. On June 1, 2008 Plaintiff was rushed to the Presbyterian Hospital of the University of Pennsylvania Health System by the Emergency Ambulance of the City of Philadelphia EXHIBIT B.

Plaintiff was kept at Presbyterian Hospital for a day and was released. Then on June 4, 2008 Plaintiff was again rushed to the Emergency Department of the Hospital of the University of Pennsylvania, also part of the University of Pennsylvania Health System. This time Plaintiff was kept in the hospital for 3 days. There were a lot of tests but the result were not available. Also more tests such as BARIUM ENEMA and CBC drawn had to be done. EXHIBIT "C".

While the doctors at the University of Pennsylvania had not concluded their tests and had not concluded identified the main problem this much is known: In 2006 Plaintiff was sent to the Emergency of LANKENAU HOSPITAL of the Mainline Hospitals System, which is about one and half miles from Plaintiffs residence. On March 11, 2007 Plaintiff again was rushed to Lankenau Hospital for same problem supposedly. The was identified as DIVERTICULAR BLEEDING EXHIBIT D.

Because of the seriousness of the medical problem and because the Hospital of the University of Pennsylvania has not completed its tests to identify the problem and its cause Plaintiff is afraid that he is not able to at this time submit his Trial Memorandum. The submittal of the memorandum involve the reveal of the docket and related file at the Clerks office. Plaintiffs diverticular

is a death threatened medical problem. If it occurs he had to be rushed to the hospital in 30 days to avoid possible death. From Philadelphia to Hartford is about 5 hours drive and anything medically and healthwise can occur.

Plaintiff Pro Se is aware that the April 8, 2008 order stated "NO FURTHER EXTENSIONS WILL BE GRANTED. The Court may grant a request for extension of time for "cause shown" Fed R. Civ P. 6(b). In fact the circumstance of this request is extraordinary and beyond a cause shown. This Court has granted relief where such extraordinary circumstances demand it. Plaintiff is not able to comply with the Court's mandate due to circumstances beyond his control. Equity and fairness demands that this Court grant relief.

Plaintiff Stephen Tempong-Atuahene also known as Steve Atuahene respectfully grant thirty days enlargement of time to file his Trial Memorandum pursuant to Fed R. Civ P 6(b).

For the foregoing reasons Atuahene prays this Honorable Court will grant 30 days enlargement of time to file his Trial Memorandum.

Respectfully submitted

STEVE ATUAHENE

CERTIFICATE OF SERVICE

STEVE ATUAHENE, hereby certify that I have today caused to be served a copy of with Motions for Enlargement of time and for Continuance via U.S. First class mail postage prepaid upon.

VALDIS VINKELS
216 MAIN STREET
HARTFORD CT. 06106

DATED: 6/13/8

STEVE ATUAHENE