UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE ATUAHENE :

V. : CIVIL ACTION
   NO. 3:01 CV 02270 (AWT)

CAPONETTO ENTERPRISES LLC et al : June 13, 2008

MOTION FOR CONTINUANCE OF FINAL PRETRIAL CONFERENCE SCHEDULED FOR JUNE 19, 2008 AT 10:00 AM.

STEVE ATUAHENE, Pro Se Plaintiff respectfully requests the Court to grant continuance for 30 days for the pretrial conference scheduled for June 19, 2008 at 10:00 AM for the reasons stated with specificity in Plaintiff's Motion For Enlargement of time to file Plaintiff Trial Memorandum which is being file today with this Court. The reason stated therein is fully referenced herein as fully stated.

For the forgoing reasons Atuahene prays this Honorable Court will grant 30 days continuance for the final pretrial conference scheduled for June 19, 2008.

Respectfully submitted
STEVE ATUAHENE

CERTIFICATE OF SERVICE

STEVE ATUAHENE, hereby certify that I have today caused to be served a copy of with Motions for Enlargement of time and for Continuance via U.S. First Class mail postage prepaid upon:

VALDIS VINKELS
216 MAIN STREET
HARTFORD CT. 06106

DATED: 6/13/8

STEVE ATUAHENE