# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
June 19, 2008
Roberta D. Tabora, Clerk
By S. R. Smith
Deputy Clerk

STEVE ATUAHENE

V.

CITY OF HARTFORD, ET AL.

APPEARANCE

CASE NUMBER: Civil No. 3:01cv02269 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Valdis Vinkels
Caponetto Enterprises, LLC and
Precision Foreign Car Service, Inc.

| | |
|---|---|
| June 19, 2008 | *[signature]* |
| **Date** | **Signature** |
| CT00091 | Henry C. Winiarski Jr. |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 860-296-2127 | 941 Wethersfield Avenue |
| **Telephone Number** | **Address** |
| 860-296-2131 | Hartford, CT  06114-3137 |
| **Fax Number** | |
| hcwjr53@msn.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Steve Atuahene
7000 Woodbine Avenue
Philadelphia, PA  19151

Edward C. Taiman Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT  06103

_____
**Signature**
Henry C. Winiarski Jr.

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001